### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

| | | |
|---|---|---|
| CHALPIN REALTY SC, LLC, | ) | Civil Action No: 4:22-cv-02651-JD |
| | ) | |
| Plaintiff, | ) | **NOTICE OF MOTION FOR** |
| | ) | **SUMMARY JUDGMENT** |
| vs. | ) | |
| | ) | *Oral Argument Requested* |
| JERSAM REALTY, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLEASE TAKE NOTICE** that Plaintiff Chalpin Realty SC, LLC, by and through its undersigned attorneys, will move before the Honorable Judge Joseph Dawson, III, U.S.D.J, at a date and time to be set by the Court, for an Order pursuant to Rule 56, FRCP, granting Plaintiff summary judgment as follows:

a. on its first cause of action in the amount of $1,000,000.00, representing the Defendant's Downpayment ("Downpayment") at issue in the Action, plus pre-judgment interest from June 23, 2022;

b. on its second cause of action, declaring Plaintiff is entitled to the Downpayment and that the Escrowee, Haynsworth Sinkler Boyd, PA., currently holding the Downpayment, be directed to disburse the Downpayment to the Plaintiff;

c. as the prevailing party, setting down a hearing for the purpose of Plaintiff establishing its attorney's fees and costs incurred in connection with this Action pursuant to the Contract of Sale at issue in the Action;

d. dismissing the answer, counterclaims, and affirmative defenses of Defendant Jersam Realty, Inc.; and

e. granting such other and further relief as this Court may deem to be just and proper.

This Motion will be supported by the pleadings and exhibits in this matter, along with any affidavits, memoranda, and oral arguments presented to the Court. This Motion will be further

based on the Federal Rules of Civil Procedure and the common and statutory laws of South Carolina.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated October 25, 2022, opposition papers shall be filed on or before January 27, 2023, and any reply papers shall be filed on or before February 10, 2023.

    Respectfully submitted,

    PARKER POE ADAMS & BERNSTEIN LLP

    By: s/ Jenna K. McGee
        Jenna K. McGee (Fed. ID No. 10378)
        Connor J. Hoy (Fed. ID No 13477)
        200 Meeting Street, Suite 301
        Charleston, SC 29401
        Phone: 843-727-6302
        Fax: (843) 727-2680
        jennamcgee@parkerpoe.com
        connorhoy@parkerpoe.com

    **AND**

    KISHNER MILLER HIMES P.C.
    *Admitted Pro Hac Vice*
    Bryan W. Kishner, Esq.
    40 Fulton Street, 12th Floor
    New York, New York 10038
    kishner@kishnerlegal.com

    **Attorneys for Chalpin Realty SC, LLC**

Charleston, South Carolina
December 21, 2022