# Exhibit A

# CHALPIN REALTY SC LLC
220 East 54th Street, Apt. 6A, New York, New York 10022

June 14, 2022

PJML Boulevard LLC
63 Hook Road
Bayonne, New Jersey 07002

Re:     Purchase and Sale Agreement, dated May 13, 2022 ("Contract of Sale"), between Chalpin Realty SC LLC, as seller ("Seller") and Jersam Realty, Inc., as original purchaser ("Original Purchaser"), covering the purchase and sale of premises known as 1410 Ocean Boulevard, Myrtle Beach, South Carolina ("Premises"); Reinstatement and Amendment to Contract of Sale by and between Seller and Original Purchaser and PJML Boulevard LLC ("Purchaser"), dated as of June 7, 2022 (the "Agreement")

To Whom It May Concern:

Reference is hereby made to the Contract of Sale and Agreement. All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Contract of Sale and Agreement.

Seller hereby affirms that such Seller's representations and warranties as set forth in the Contract of Sale and Agreement remain true and correct in all material respects on the date hereof except that Epic Arcades SC LLC has not paid Rent or Additional Rent for June, 2022 and, upon information and belief, is surrendering and abandoning the Premises as of June 14, 2022.

{REMAINDER OF PAGE LEFT INTENTIONALLY BLANK}

1

2

**Chalpin Realty SC LLC,** a Delaware limited liability company

By:_____
       Name: Marc Chalpin
       Title:  Authorized Signatory

2