AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Chalpin Realty SC LLC,   )  <br>           )  <br>    Plaintiff(s),     )  <br>           )  <br> vs         )  <br>           )  <br> Jersam Realty Inc,      )  <br>           )  <br>    Defendant(s).     )  | No. 4:22-cv-02651-JD |

### SUMMARY JUDGMENT IN A CIVIL ACTION

The court has ordered that  *(check one)*:

❏ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____dollars ($_____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the date of _____%,  along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

✔ other: Summary Judgment is entered for Plaintiff, Chalpin Realty SC LLC, and this case is dismissed.

This action was  *(check one)*:
❏ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

❏ tried by Judge_____without a jury and the above decision was reached.

✔ decided by the Honorable Joseph Dawson, III, United States District Judge, who grants Plaintiff's Motion for Summary Judgment.

Robin L. Blume  
CLERK OF COURT

By: s/Leah Gibbons, Deputy Clerk

September 26, 2023