# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| CHALPIN REALTY SC, LLC, ) | Civil Action No: 4:22-cv-02651-JD |
| ) | |
| Plaintiff, ) | |
| ) | **CONSENT MOTION FOR** |
| vs. ) | **EXTENSION TO RESPOND TO** |
| ) | **PLAINTIFF'S PETITION FOR FEES** |
| JERSAM REALTY, INC., ) | **AND MOTION TO AMEND** |
| ) | |
| Defendant. ) | |

Counterclaimant/Defendant, Jersam Realty, Inc., with the consent of Plaintiff, hereby respectfully requests a fourteen-day extension, pursuant to Local Civil Rule 6.01, for the filing of its Response in Opposition to Plaintiffs' Petition for Attorneys' Fees and Costs (DE 35), which would make its response due on November 7, 2023, and Plaintiff's Motion to Amend (DE 36), which would make its response due on November 8, 2023 The Responses are currently due on October 24, 2023 and October 25, 2023. The deadline has not been previously extended, and the requested extension does not affect other deadlines. Counsel makes this request for a fourteen-day extension of time, due to counsels' prior commitments (fall break) and work schedule leading up to the original deadlines (an appellate argument, trial, as well as several hearings).

Pursuant to Local Civil Rule 7.02, the undersigned has spoken with Counsel for Plaintiff to request this extension, and Plaintiff consents to the requested extension. Because this Motion contains a full explanation of the reasons therefor, no supporting memorandum is being submitted pursuant to Local Civil Rule 7.04.

1

Respectfully Submitted,

**HAYNSWORTH SINKLER BOYD, P.A.**

*s/Stafford J. McQuillin III*
Stafford J. McQuillin III (Fed ID #10715)
mmcquillin@hsblawfirm.com

**AND**

**PARKER NELSON & ASSOCIATES**

Theodore Parker III (Fed ID #12224)
Tparker@pnalaw.net

*Attorneys for Jersam Realty, Inc.*

October 12, 2023