# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| CHALPIN REALTY SC, LLC, | Civil Action No: 4:22-cv-02651-JD |
| Plaintiff, | |
| vs. | **ORDER GRANTING LEAVE TO DEPOSIT FUNDS INTO THE COURT** |
| JERSAM REALTY, INC., | |
| Defendant. | |

This matter is before the Court on Jersam Realty, Inc.'s ("Jersam") Consent Motion for Leave to Deposit Disputed Escrow Funds with the Court pursuant to Fed. R. Civ. P. 67(a) and Local Rule 67.01, D.S.C. ("Consent Motion") (DE 52).

## BACKGROUND

The above captioned action ("Action") stems from a breach of contract of sale dispute over which party is entitled to the $1,000,000 down payment (the "Down Payment") because of a real estate transaction that did not close. Pursuant to the parties' written contract of sale ("Contract") the Down Payment is held by Haynsworth Sinkler Boyd, P.A. ("Escrowee") in their non-interest-bearing IOLTA escrow account. Jersam with the consent of Plaintiff and Escrowee request an Order permitting Escrowee to release the sit the Down Payment, from Escrowee's non-interest bearing IOLTA account and deposit same with the Clerk of Court in an interest bearing account until the Action is fully and finally resolved in accordance with the terms of the Contract. At this time, both parties have pending motions to alter and/or amend the Court's Order and Judgment both dated September 26, 2023, pertaining to, among other matters, the entitlement of the Down Payment and the interest thereon (DE 31, DE 36 and DE 40).

## DISCUSSION

Rule 67(a) of the Federal Rules of Civil Procedure states, "[i]f any part of the relief sought is a money judgment or the disposition of a sum of money or some other deliverable thing, a party – on notice to every other party and by leave of court – may deposit with the court all or part of the money or thing, whether or not that party claims any of it." *Foreman Elec. Servs., Inc. v. Haliron Power, LLC*, No. 6:20-CV-03733-JD, 2022 WL 18587803, at *1 (D.S.C. Mar. 31, 2022) (citing Fed. R. Civ. P. 67(a)). "The purpose of the deposit is to relieve the depositor of responsibility for a fund in dispute." § 2991 Payment into Court, 12 Fed. Prac. & Proc. Civ. § 2991 (3d ed.). "The decision to grant leave to deposit monies pursuant to Rule 67 is vested in the Court's sound discretion, and is subject to reversal only upon a showing of an abuse of that discretion." *Se. Cinema Ent., Inc. v. P.B. Realty, Inc.*, No. 9:06CV-02639, 2007 WL 9752858, at *2 (D.S.C. May 31, 2007).

After review of the Consent Motion and applicable law, the Court finds that Rule 67 is applicable and properly invoked. The Plaintiff, Defendant and Escrowee have consented to the Court issuing an order (1) directing that the Down Payment funds be deposited with the Court in an interest-bearing account and that the Down payment will be distributed upon the issuance of a final non-appealable order directing the release of the Down payment from the Court Registry Investment System; and (2) providing that the parties are discharged from liability for any interest accruing on the Down Payment funds and any pre- or post-judgment interest subsequent to the Down payment being properly deposited with the Court pursuant to this Order in an interest bearing account.

IT IS THEREFORE ORDERED, that the Consent Motion for permission to allow Escrowee to deposit the Down Payment with the Court is GRANTED.

IT IS FURTHER ORDERED that the $1,000,000 Down Payment be deposited by Escrowee with the Court in an interest-bearing account no later than 14 business days of the date of this Order.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to accept the $1,000,000 Down Payment from Escrowee and deposit it into the Court Registry Investment System in an interest-bearing account;

IT IS FURTHER ORDERED that the Down Payment and any interest which may accrue thereon with the Court, shall not be released until issuance of a non-– appealable final order deciding entitlement to the Down Payment;

IT IS FURTHER ORDERED that the parties are discharged from liability for any interest accruing on the $1,000,000 Down Payment and any pre- or post-judgment interest subsequent to the Down payment being properly deposited in an interest-bearing account with the Court in accordance with this Order;

IT IS FURTHER ORDERED that the party deemed entitled to the Down payment pursuant to the parties Contract upon the issuance of a non-appealable final e order determining same, will motion this Court requesting that the Court Registry Investment System release the Down Payment with interest to the entitled party and the Court upon such proper motion will issue an order directing Court Registry Investment System or such entity at that time having possession and/or control of the Down payment to release of the Down payment with interest to the entitled party;

IT IS FURTHER ORDERED that the parties split evenly any and all costs associated with Court Registry Investment System's maintenance of the Down Payment monies with accruing interest; and

IT IS FURTHER ORDERED that the Court will retain jurisdiction to direct the release of $1,000,000 Down Payment deposit, plus any interest accrued, as appropriate and consistent with the non-appealable final order to the party so entitled.

IT IS SO ORDERED.

February 6, 2024
Florence, South Carolina

Joseph Dawson, III
United States District Judge