AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Chalpin Realty SC LLC, | ) | No. 4:22-cv-02651-JD |
|     Plaintiff(s), | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| Jersam Realty Inc, | ) | |
|     Defendant(s). | ) | |

## SECOND AMENDED SUMMARY JUDGMENT IN A CIVIL ACTION

The court has ordered that  *(check one)*:

☐ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of

_____dollars ($_____), which includes prejudgment interest at the rate of _____%, plus postjudgment

interest at the date of _____%,  along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover

costs from the plaintiff *(name)*_____.

✔ other:
Summary judgment is entered in favor of Plaintiff Chaplin Realty SC, LLC and against Defendant Jersam Realty, Inc.  Plaintiff is entitled to the One Million and 00/100 ($1,000,000.00) dollar downpayment currently held in escrow, along with pre-judgment interest from June 22, 2022, to January 14, 2023, at an interest rate of 7.25%, and from January 15, 2023, through September 26, 2023, at an interest rate of 11.25% for prejudgment interest in the total amount of $119,006.85.  Plaintiff Chalpin is awarded attorneys' fees of twenty-five thousand, six-hundred eighty-two and 00/100 ($25,682.00) dollars for Parker Poe and one hundred fifty-eight thousand, one hundred sixty and 00/100 ($158,160.00) dollars for KMH, along with costs of five thousand and 00/100 ($5,0000.00) dollars against Defendant Jersam. This case is dismissed with prejudice.

This action was  *(check one)*:
☐ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

☐ tried by Judge_____without a jury and the above decision was reached.

✔ decided by the Honorable Joseph Dawson, III, United States District Judge, who granted Plaintiff's Motion for Summary Judgment and Plaintiff's Motion to Alter or Amend.

                                                                     Robin L. Blume
                                                          CLERK OF COURT

                                                By: s/Leah Gibbons, Deputy Clerk

October 2, 2024